**MINUTES [0:45]**
September 8, 2009

COUPLED PRODUCTS, LLC                    CIVIL ACTION NO. 09-cv-0323

VERSUS                                   JUDGE HICKS

NOBEL AUTOMOTIVE MEXICO,                 MAGISTRATE JUDGE HORNSBY
LLC, ET AL

A **telephone Scheduling Conference** was held on September 3, 2009. Pursuant to the discussions at the conference, the following deadlines will control:

| | |
|---|---|
| **September 15, 2009** | Exchange initial disclosures related to Markman issues. |
| **November 20, 2009** | File motions to amend pleadings or join parties (including the dismissal or other process for handling the claims against General Motors Company, which is now known as Motors Liquidation Company, and is still in bankruptcy). |
| **December 15, 2009** | Exchange list of claims terms requiring construction and proposed constructions. |
| **January 29, 2010** | File joint claim construction statement setting forth the claim issues agreed upon, identifying all disputed claim issues and setting forth each side's proposed claim constructions. |
| **February 26, 2010** | Completion of claim construction discovery and motions to compel related to claim construction discovery. (At this stage of the case, discovery is limited to issues reasonably related to the Markman hearing.) |
| **March 19, 2010** | File opening claim construction briefs (limited to 25 pages without leave of court) and exchange |

|  |  |
|---|---|
|  | opening expert reports related to claim construction. |
| **April 16, 2010** | Exchange rebuttal expert reports relating to claim construction. |
| **April 30, 2010** | Deadline for expert depositions related to claim construction. |
| **May 21, 2010** | File rebuttal briefs related to claim construction (limited to 10 pages without leave of court), Daubert motions, and motions in limine. |
| **June 11, 2010** | File joint witness and exhibit lists; provide two numbered sets of exhibits to Judge Hicks; provide glossary of unusual names and terms to Judge Hicks' court reporter. |
| **June 21, 2010 at 9:30 a.m.** | Markman hearing before Judge Hicks. |

The parties are granted leave to take more than 10 depositions and propound more than 25 interrogatories. Any party may file a motion for protective order if the proposed discovery becomes unduly burdensome.

The parties may request a status conference at any time by submitting a written request to the undersigned setting forth the reason for the conference.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE