IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| COUPLED PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 5:09-CV-323 |
| - versus - | ) | |
| | ) | JUDGE HICKS |
| NOBEL AUTOMOTIVE MEXICO LLC, | ) | |
| NOBEL AUTOMOTIVE OHIO LLC, | ) | MAGISTRATE HORNSBY |
| MANDO AMERICA CORPORATION, and | ) | |
| GENERAL MOTORS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

CONSIDERING the foregoing Joint Motion to Modify Scheduling Order in the within action,

IT IS HEREBY ORDERED that the following deadlines are modified as follows:

| CURRENT DEADLINE | NEW DEADLINE | |
|---|---|---|
| | **January 20, 2010** | Answers to Amended Complaint due. |
| **December 15, 2009** | **January 20, 2010** | Exchange list of claims terms requiring construction and proposed constructions. |
| | **January 29, 2010** | Defendants' discovery responses due. |
| **January 29, 2009** | **February 12, 2010** | File joint claim construction statement setting forth the claim issues agreed upon, identifying all disputed claim issues and setting forth each side's proposed claim constructions. |

All due dates not addressed herein shall remain the same as those in the September 8, 2009 Scheduling Order.

Shreveport, Louisiana, this ~~16th~~ 22nd day of December, 2009.

_____
U.S. ~~DISTRICT JUDGE~~ Mag Judge